RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Urkeno Walter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>URKENO WALTER,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00003-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Urkeno Walter, that the Sentencing Hearing currently scheduled on August 19, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Counsel Martin has been hospitalized at Summerlin Hospital since July 22, 2025. Counsel Martin has been released from the hospital.

　　　2.　　Counsel Martin will be on medical leave for 60 days.

3. Counsel Martin would like to maintain continuity of representation with Mr. Walter and handle his sentencing hearing upon her return.

4. The defendant is out of custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 25th day of July, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>URKENO WALTER,<br><br>　　　　Defendant. | Case No. 2:25-cr-00003-GMN-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 19, 2025 at 11:00 a.m., be vacated and continued to November 4, 2025 at the hour of 9:00 a.m.

　　　DATED this 25 day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE