RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Urkeno Walter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>URKENO WALTER,<br><br>        Defendant. | Case No. 2:25-cr-00003-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Urkeno Walter, that the Sentencing Hearing currently scheduled on November 4, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

      This Stipulation is entered into for the following reasons:

      1.     Defense counsel is out of the office on medical leave until September 26, 2025, and upon counsel's return will need additional time to review the Presentence Investigation Report and discuss it with her client, Mr. Walter. Counsel will also need additional time to prepare for the sentencing hearing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 16th day of September, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>URKENO WALTER,<br><br>             Defendant. | Case No. 2:25-cr-00003-GMN-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for November 4, 2025 at 9:00 a.m., be vacated and continued to  December 16, 2025 at the hour of 9:00 a.m.

   DATED this  17  day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE