RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Urkeno Walter

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URKENO WALTER,<br><br>Defendant. | Case No. 2:25-cr-00003-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Urkeno Walter, that the Sentencing Hearing currently scheduled on December 16, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     A Complaint was filed against Urkeno Walter on November 14, 2025 in the Justice Court, Las Vegas Township, Clark County, Nevada.  The complaint charged Mr. Walter with First Degree Kidnapping, Battery Constituting Domestic Violence by Strangulation, and Coercion with Physical Force or Immediate Threat of Physical Force.

2.      On December 4, 2025, Mr. Walter was arraigned in Las Vegas District Court on the charges above.

3.      Mr. Walter is currently being held in Clark County Detention Center on $100,000.00 bail.

4.      As a result of the new charges, the Office of Federal Probation filed a FINAL Revised Presentence Investigation Report requesting that the adjustment for acceptance of responsibility no longer be applied.[1]

5.      Defense counsel will need additional time to review the Final Revised Presentence Investigation Report and any new objections to the report with Mr. Walter. Moreover, undersigned counsel will need time to review the state charges with Mr. Walter, investigate the pending state charges as they relate to the new objections to the Final Revised Presentence Report, and prepare mitigation in support of the final sentencing hearing.

6.      The defendant is in custody and agrees with the need for the continuance.

7.      The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 8th day of December, 2025.


RENE L. VALLADARES
Federal Public Defender

By */s/ LaRonda Martin*
LARONDA MARTIN
Assistant Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By */s/ Joshua Brister*
JOSHUA BRISTER
Assistant United States Attorney

---

[1] ECF. 33.

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00003-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| URKENO WALTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for December 16, 2025 at 9:00 a.m., be vacated and continued to  February 9, 2026  at the hour of 9:00 a.m.

DATED this  8  day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE