**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00003-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| URKENO WALTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for February 9, 2026 at 9:00 a.m., be vacated and continued to __March 27, 2026__ at the hour of 10:30 a.m.

DATED this _20_ day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE