**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

URKENO WALTER,

        Defendant.

Case No. 2:25-cr-00003-GMN-DJA

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 27, 2026 at 10:30 a.m., be vacated and continued to  July 8, 2026   at the hour of 9:00 a.m.

DATED this  11  day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

4