RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Urkeno Walter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00003-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| URKENO WALTER, | (Sixth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha Matthews, Assistant Federal Public Defender, counsel for Urkeno Walter, that the Sentencing Hearing currently scheduled on July 8, 2026, be vacated and continued to July 29, 2026 at the hour of 10:30 a.m. or to a time and date convenient to the court.

This Stipulation is entered into for the following reasons:

1.      A Complaint was filed against Urkeno Walter on November 14, 2025 in the Justice Court, Las Vegas Township, Clark County, Nevada.  The complaint charged Mr. Walter with First Degree Kidnapping, Battery Constituting Domestic Violence by Strangulation, and Coercion with Physical Force or Immediate Threat of Physical Force.

2.	On December 4, 2025, Mr. Walter was arraigned in Las Vegas District Court on the charges above.

3.	Mr. Walter is currently being held in Clark County Detention Center on $100,000.00 bail.

4.	Mr. Walter's state trial is scheduled for July 6, 2026.

5.	As a result of the new charges, the Office of Federal Probation filed a FINAL Revised Presentence Investigation Report requesting that the adjustment for acceptance of responsibility no longer be applied.[1]

6.	Undersigned counsel has consulted with AUSA Brister who advised that he may seek to declare the plea agreement breached and may similarly request that the adjustment for acceptance of responsibility no longer be applied.

7.	Thus, investigation of the state charges and witnesses is critical to the facts to be applied at the sentencing hearing.

8.	Undersigned counsel needs additional time to locate, interview, and subpoena the witnesses, who are out of district.

9.	Moreover, counsel needs the additional time to prepare for sentencing as the pending state charges relate to the new objections in the Final Revised Presentence Report, and the government's decision to possibly request a determination that the plea agreement was breached.

10.	Without the plea agreement, Mr. Walter has a mandatory minimum of ten (10) years and maximum sentence of life.

11.	The defendant is in custody and agrees with the need for the continuance.

12.	The parties agree to the continuance.

---

[1] ECF. 33.

2

This is the sixth request for a continuance of the sentencing hearing.

DATED this 21st day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General


By */s/ Keisha Matthews*
KEISHA MATTHEWS
Assistant Federal Public Defender

By */s/ Joshua Brister*
JOSHUA BRISTER
Assistant United States Attorney

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

URKENO WALTER,

        Defendant.

Case No. 2:25-cr-00003-GMN-DJA

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 8, 2026 at 9:00 a.m., be vacated and continued to July 29, 2026 at the hour of 10:30 a.m.

DATED this _26_ day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

4