**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>URKENO WALTER,<br>Defendant. | Case No. 2:25-cr-00003-GMN-DJA<br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 29, 2026 at 10:30 a.m., be vacated and continued to September 30, 2026 at the hour of 9:00 a.m.

DATED this 17 day of July, 2026.

UNITED STATES DISTRICT JUDGE